PROVIDED TO JACKSON C.I. ON
MAY 13 2019
FOR MAILING CA SA

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Sher'mon A. Allen,

Inmate # T07183

(Enter full name of Plaintiff)

VS.

CASE NO: 4:19cv224 RH CAS
(To be assigned by Clerk)

Sgt. Powell, Ofc. Williams,
Ofc. Smith, Ofc. Washington,
Lt. Alexander, Sgt. Luckette,
Nurse Keys

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND TL
MAY 16 '19 PM2:21

I.     PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Sher'mon Allen
Inmate Number: T07183
Prison or Jail: Jackson Correctional
Mailing address: 5563 10th Street
Malone Fl 32445


II.    DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1)    Defendant's name: Sgt. Powell
       Official position: Sergeant
       Employed at: Madison CI
       Mailing address: 382 S.W MCI Way
                        Madison Fl 32340

(2)    Defendant's name: Ofc. Williams
       Official position: Officer
       Employed at: Madison CI
       Mailing address: 382 S.W MCI Way
                        Madison Fl 32340

(3)    Defendant's name: Ofc. Smith
       Official position: Officer
       Employed at: Madison CI.
       Mailing address: 382 S.W. MCI Way
                        Madison Fl 32340


**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Nurse Keys
- Job or Title *(if known)*: Nurse
- Shield Number:
- Employer: Madison CI
- Address: 382 SW MCI Way
  Madison, Fl 32340
  City / State / Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
- Name: Sgt Luckette
- Job or Title *(if known)*: Sergeant
- Shield Number:
- Employer: Madison CI
- Address: 382 SW MCI Way
  Madison, Fl 32340
  City / State / Zip Code

☐ Individual capacity    ☑ Official capacity

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

    B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )    No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

7.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.  Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )        No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____  Case #: _____
4.  Approximate filing date: _____
5.  If not still pending, date of dismissal: _____
6.  Reason for dismissal: _____
7.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )        No(✓)

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____  Case Docket # _____
4.  Approximate filing date: _____  Dismissal date: _____
5.  Reason for dismissal: _____

4

6.   Facts and claims of case: _____

_____
(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  Do not make any legal arguments or cite to any cases or statutes.  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On Jan 14, 2019 I was pat searched outside of F-Dorm on my way to work. During the pat down Sgt. Powell discovered a cell phone battery in my back pocket. Sgt. Powell figured since I had a battery I had a phone, so he, Ofc. W. Williams, Ofc. Smith and Ofc. Washington escorted me into F-dorm, then into the Bathroom, where and when I was told to strip down. Which I did behind the Shower wall while Sgt. Powell gave me orders, Ofc. W. William, Ofc. Smith, and Washington watch me and LT. Alexander was striping another inmate in the Shower as well. After I striped down to only my underwear Sgt. Powell saw that I did not have a phone he then yelled at me saying where is the Motherfucking phone. I said "I told you that I don't have no phone". Sgt. Powell then came around the wall where I was standing in my underwear and grabbed me yelling where is it. He then pulled me from the side of the wall where I was standing to the side where they watch me strip. Sgt. Powell then kicked my wet bare feet and slammed me on the Bathroom floor. At which time Ofc. W. Williams grabbed my right arm and assisted Sgt. Powell with Handcuffing me. Sgt. Powell began search my groin area and once he knew that I really

5

didn't have a phone he began to punch the back of my head driving my head into the Bathrooms tile floor while asking me where is it over and over again with every punch until I was lay face first in a pool of my blood. Ofc. Washington then put his boot on my head saying "That I better not get any of that blood on his new boots". at that time Ofc. Williams began to twist my arm. He said something like "see what you made us do". I said Sir I didn't do nothing your about to break my Shoulder but he kept twisting until my shoulder poped. Someone said, "shit I think you broke it". Lt. Alexander and Ofc. Smith stood there watching and after my shoulder broke LT. Alexander said he's had enough get his ass out of here. Ofc. Smith then walked me bare foot in the freezing cold in only my underwear handcuffed behind my back to Medical for a pre-confinement evaluation. During the pre-confinement evaluation the nurse bandaged my eye and marked my eye and shoulder injury on the use of force body sheet. The captain came in to video record me and saw the pain I was in an ordered a wheelchair to take me to confinement. upon arrival to confinement I was placed in a cell and at that time I declared my first medical emergency. I was denied many of the Medical emergencies by Sgt. Luchette, who said to me On 1-16-2019 @ 1:13pm that the only way That I'm coming out of my cell is if I said, "I fell in the restroom or else your shoulder heal how it heal I don't care I'm not the one hurting". On 2-18-2019 my sick call was answered by Nurse Keys. She asked me what happen. I explained that staff beat me up for No reason. She in turn said "so you hurt your should playing

basketball Im I correct". I said, "No ma'am I did not". My sickcall ended with mrs. Nurse Keys writing me a NO Sports pass and that is all the help she offered me for my injuries. With the no sports pass in my Top pocket I was escorted back to confinement in handcuffs and shackles in the worst pain in my life.

From January 14, 2019 - January 18, 2019 I received No Medical help and was refused all request for medical help. On january 18 2019 Nurse Keys saw the swolleness and discoloration of my shoulder and did nothing to help me. Since January 14 2019 I showed my should to every Official that did Their round in confinement, explaining to them how much pain that I was in and showing them how swollen my shoulder was. Everyone ignored me and Allow me to sit up for four nights in the worst pain in my life. Thank god for the one nurse who was making her rounds and saw me in pain. She took one look at my shoulder and got me emergency x-rays, I have received No treatment as of Today. May 13, 2019 and my should still hurts, everyday.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Sgt. Powell violated my Eighth Amendment right by attacking, pulling me from around the 3ft Brick wall that divided us, Cuffing me then beating me. Ofc. Williams also violated my Eighth amendment right by assiting Sgt. Powell and breaking my shoulder while in cuffs. Lt. Alexander, Ofc Smith and washington also violated my Eighth amendment right by being present and doing nothing to stop the Abuse. Nurse Keys and Sgt. Luckette violated my 8th Amendment right by being deliberate indifference by seeing and acknowledging my injury but refusing me help.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I would like to stop being Nervous when officer yell. I would like to stop dreaming about being beaten, Thinking about being beating and Afraid that every officer is capible of hurting me. I would like my joy and happiness back and my faith in God. I would like the normal use of my shoulder so I am able to continue my trade and provide for my family upon my release.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

5/13/2019
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 19th day of May, 2019.

(Signature of Plaintiff)

Revised 03/07

7

Sherman Allen 184483
Jackson Correctional Institution
5563 10th Street
Malone, Fl 32445

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

Hasler
05/13/2019
US POSTAGE $000.20⁰

ZIP 32445
011D11654294

US Federal Courthouse
111 N. Adan Street
Tallahassee, Fl 32301