# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SHER'MON A. ALLEN,

    Plaintiff,

v.                                    CASE NO. 4:19cv224-RH-MJF

SERGEANT ERIC POWELL et al.,

    Defendants.

_____/

## ORDER SETTING THE TRIAL AND PRETRIAL DEADLINES

This is a prisoner civil-rights case. The plaintiff Sher'mon A. Allen is proceeding pro se but previously has moved to appoint an attorney. An attorney will not be appointed, but a separate order has been entered under which volunteers will be solicited. This order sets the procedures and schedule that will control if an attorney does not volunteer by May 17. If an attorney does volunteer, the procedures and schedule may be amended.

    IT IS ORDERED:

    1. The trial is set for the trial period that begins on Monday, July 19, 2021. A party with a conflict during that trial period must file a notice by April 19.

2. The clerk must set a pretrial conference by telephone for the first available date on or after June 21.

3. By June 7, each party must file a witness list and an exhibit list. No witness will be allowed to testify, and no exhibit will be admitted into evidence, unless included on a list that was properly filed. This requirement applies to all witnesses and exhibits, including those offered only in rebuttal or for impeachment.

4. A party must provide to another party—but need not file—any witness's address and a copy of any exhibit within 7 days after the other party so requests.

5. By June 7, each party must file a report for each expert witness who will be called at trial. The report must include a complete statement of all opinions the witness will express and the basis and reasons for them. No expert will be allowed to testify unless a report is properly filed. This requirement applies to all experts, including those called only in rebuttal or for impeachment.

SO ORDERED on April 5, 2021.

s/Robert L. Hinkle<br>
United States District Judge